UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOXOUT, LLC,

                Plaintiff,

    -against-

L'OREAL USA, INC.,

               Defendant.
------------------------------------------------------------X

23 Civ. 9627 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated December 14, 2023, required the parties to file a status letter on February 19, 2024, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **March 1, 2024**, the parties shall file the joint letter.

Dated: February 26, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE